# IN THE SUPREME COURT OF THE STATE OF NEVADA

ORNALDO GARRIDO,
        Appellant,
vs.
ISIDRO BACA, WARDEN, NNCC;
JAMES DZURENDA, NDOC
DIRECTOR; DIR. DWAYNE DEAL,
OMD; GOVERNOR BRIAN SANDOVAL;
AND THE STATE OF NEVADA,
        Respondents.

No. 77376

FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on November 6, 2018. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ Pickering _____, J.
      Pickering

_____ Gibbons _____, J.
      Gibbons

_____ Hardesty _____, J.
      Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-907635

cc: Hon. James Todd Russell, District Judge
Ornaldo Garrido
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A